IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM ALLEN LEGG            :

    v.                        :    CIVIL ACTION NO. DKC-02-2751

LEGG MASON, INC.              :
LEGG MASON WOOD AND WALKER,
  INC.                        :

**O R D E R**

In accordance with the foregoing Memorandum, **IT IS** this ____ day of _____, 2002, by this Court, hereby **ORDERED** that:

1.    Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, filed pursuant to 28 U.S.C. § 1915, **IS GRANTED**;

2.    Plaintiff's complaint, construed as a civil rights action filed pursuant to 42 U.S.C. § 1983, **IS DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e), without requiring service of process on the defendants;

3.    The Clerk of Court **CLOSE** this case; and

4.    That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to plaintiff.

                                                               Deborah K. Chasanow
                                                               United States District Judge